UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW D. WETZEL

versus

JERRY GOODWIN, WARDEN

CIVIL ACTION

NO. 13-6201

SECTION: "N" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by plaintiff on February 20, 2014, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion to withdraw his unexhausted claim, Rec. Doc. 18, is **GRANTED**.

**IT IS FURTHER ORDERED** the petitioner's remaining claims for *habeas corpus* relief are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 6th day of March, 2014.

UNITED STATES DISTRICT JUDGE